# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 24, 2026

Clerk
United States Court of Appeals
  for the Second Circuit
United States Courthouse
40 Foley Square
New York, NY 10007

     **Re:  Jacob P. Zorn**
          **v. Shela M. Linton**
          **No. 25-297 (Your docket No. 22-2954)**

Dear Clerk:

     Attached please find a certified copy of the judgment of this Court in the above-entitled case.

            Sincerely,

            SCOTT S. HARRIS, Clerk

            By

            M. Altner
            Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 24, 2026

Mr. Jonathan Todd Rose, Esq.
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609

Mr. Keegan James Stephan, Esq.
Beldock Levine & Hoffman, LLP
99 Park Ave., PH/26th Fl.
New York, NY 10016

  **Re: Jacob P. Zorn**
    **v. Shela M. Linton**
    **No. 25-297**

Dear Counsel:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

The petitioner is given recovery of costs in this Court as follows:

   **Clerk's costs:**    **$300.00**

This amount may be recovered from the respondent.

     Sincerely,

     SCOTT S. HARRIS, Clerk

     By

     M. Altner
     Assistant Clerk – Judgments

cc:  2d. Cir.
   (Your docket No. 22-2954)

# Supreme Court of the United States

No. 25-297

**JACOB P. ZORN,**

Petitioner,

*v.*

**SHELA M. LINTON**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Second Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted, and the judgment of the above court in this cause is reversed.

**IT IS FURTHER ORDERED** that the petitioner, Jacob P. Zorn, recover from Shela M. Linton, Three Hundred Dollars ($300.00) for costs herein expended.

March 23, 2026

**Clerk's costs:**          **$300.00**

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States